Cite as 2026 Ark. 40

# SUPREME COURT OF ARKANSAS

**Opinion Delivered:** February 26, 2026

IN RE ARKANSAS ACCESS TO JUSTICE
COMMISSION

---

## PER CURIAM

The Honorable Thomas Potter, State District Judge of Miller County, is appointed to the Arkansas Access to Justice Commission for a three-year term to expire on October 15, 2028. The court thanks Judge Potter for accepting the appointment to this important commission.

Deepali Lal of Little Rock, and Arkansas Supreme Court Clerk, Kyle Burton, of Benton are reappointed to the Board of Directors of the Arkansas Access to Justice Foundation, Inc., for three-year terms to expire April 30, 2029. The Court thanks Ms. Lal and Mr. Burton for accepting reappointment to the board.

We express our gratitude to Judge Kim Bridgforth, whose term has expired, for her years of service to the Arkansas Access to Justice Commission.